914

No. 86–1488.   DI BELLA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 86–1526.   GRIFFIN v. HILKE ET AL.; and
No. 86–1684.   HILKE v. GRIFFIN.   C. A. 8th Cir.   Certiorari denied.   Reported below: 804 F. 2d 1052.

No. 86–1533.   IANNELLI v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 86–1538.   NEW YORK v. MOSLEY.   Ct. App. N. Y.   Certiorari denied.

No. 86–1591.   CITY OF TWIN FALLS, IDAHO v. ENVIROTECH CORP., DBA ENVIROTECH SYSTEMS, INC.   C. A. 9th Cir.   Certiorari denied.

No. 86–1598.   KAISER ENGINEERS, DIVISION OF HENRY J. KAISER CO., ET AL. v. ALLENDALE MUTUAL INSURANCE CO.; and
No. 86–1615.   AZL ENGINEERING, INC., FORMERLY SERGENT HAUSKINS & BECKWITH v. ALLENDALE MUTUAL INSURANCE CO. C. A. 10th Cir.   Certiorari denied.   Reported below: 804 F. 2d 592.

No. 86–1632.   WETZEL v. ARIZONA STATE REAL ESTATE DEPARTMENT.   Ct. App. Ariz.   Certiorari denied.

No. 86–1645.   BATAYOLA v. MUNICIPALITY OF METROPOLITAN SEATTLE.   C. A. 9th Cir.   Certiorari denied.

No. 86–1657.   WOOLERY v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 86–1660.   COULTER v. TENNESSEE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 86–1663.   VIA v. WILLIAMS, COMMISSIONER, VIRGINIA DIVISION OF MOTOR VEHICLES.   Sup. Ct. Va.   Certiorari denied.

No. 86–1670.   KILE v. PACIFIC TELEPHONE & TELEGRAPH ET AL.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.